Date signed April 27, 2011



PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 11-7471 |
|---|---|
| Marvelle Elaine Tyson, | Chapter 13 |
| Debtor. | |

## MEMORANDUM TO DEBTOR

    A deficiency notice was issued on April 12, 2011, for Debtor's failure to file a Chapter 13 Plan, a Certificate of Mailing Plan, Schedules A-J, a Summary of Schedules, a Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income, a Statement of Financial Affairs, and a Credit Counseling Certificate. Debtor has failed to make the required filings. Accordingly, the court advises the Debtor that her bankruptcy case will be dismissed unless all of the required filings are made by **May 11, 2011.**

cc:    Debtor
       Chapter 13 Trustee

**End of Memorandum**